| AO 10<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>FINAL FILING | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>FITZGERALD, JUDITH K. | 2. Court or Organization<br><br>U.S. BANKRUPTCY COURT, WD PA | 3. Date of Report<br><br>6/11/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>   magistrate judges indicate full- or part-time)<br><br>UNITED STATES BANKRUPTCY JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☐ Annual    ☑ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>5/31/2013 |

| 7. Chambers or Office Address<br><br>5490 US Steel Tower<br>600 Grant Street<br>PITTSBURGH, PA. 15219 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | TRUSTEE | TRUST II (T2) |
| 2. | BANKRUPTCY EDUCATION COUNCIL MEMBER | COMMERCIAL LAW LEAGUE OF AMERICA |
| 3. | MEMBER | MEF MYSTIQUE LLC |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FITZGERALD, JUDITH K. | 6/11/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 5/31/2013 | UNIVERSITY OF PITTSBURGH | $5,000.00 |
| 2. 5/31/2013 | WEST SERVICES INC | $2,443.47 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 5/31/2013 | SPOUSE SELF EMPLOYMENT INCOME CERTIFIED PUBLIC ACCOUNTANT |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bankruptcy Judges | 04/07/2013-04/09/2013 | Phoenix AZ | Attending Mtg. | Reimbursement for Travel, Meals, Lodging |
| 2. | American Bankruptcy Institute | 04/19/2013-04/21/2013 | National Harbor MD | Educational Conf | Reimbursement for Travel, Meals, Lodging |
| 3. | American Law Institute | 05/20/2013-05/22/2013 | Washington DC | Educational Conf | Reimbursement for Travel, Meals, Lodging |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | MERRILL LYNCH / BANK OF AMERICA | LOAN MANAGEMENT ACCOUNT SECURED BY INVESTMENT ACCOUNTS | N |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FITZGERALD, JUDITH K. | 6/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  ALLEG CO GOVT EMPLOYEES CREDIT UNION | A | Interest | K | T | Redeemed (part) | 4/30/13 | K | | |
| 2.  PNC BANK | B | Interest | J | T | | | | | |
| 3.  DELAWARE GROUP TAX-FREE INSURED FUND A | A | Dividend | J | T | | | | | |
| 4.  PEPSICO | A | Dividend | K | T | | | | | |
| 5.  GLAXO SMITH KLINE PLC | A | Dividend | J | T | | | | | |
| 6.  WALT DISNEY COMMON | A | Dividend | J | T | | | | | |
| 7.  IRA PNC BANK CD | A | Interest | J | T | | | | | |
| 8.  CITIZENS BANK | A | Interest | J | T | | | | | |
| 9.  PNC BANK | A | Interest | K | T | | | | | |
| 10.  FEDERAL CREDIT UNION CD | A | Interest | J | T | | | | | |
| 11.  JAMES A. WEST COMPANIES 401 K GIARDIAN STOCK FUND | A | Dividend | J | T | | | | | |
| 12.  BUCKS COUNTY PA WTR SWR | A | Interest | J | T | | | | | |
| 13.  YUM BRANDS INC | A | Dividend | J | T | | | | | |
| 14.  TUPPERWARE | A | Dividend | K | T | | | | | |
| 15.  BETHLEHEM PA AUTH WTR 5.2% | A | Interest | K | T | | | | | |
| 16.  DOWNINGTON PA SCH DIST 4.8% | A | Interest | K | T | | | | | |
| 17.  SHARON PA RGL HEALTH SYS 5% | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FITZGERALD, JUDITH K. | 6/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. SOUTH FORK MUN AU PA 5.255 | A | Interest | K | T | | | | | |
| 19. IVY ASSET STRATEGY FUND CLASS C | A | Dividend | K | T | | | | | |
| 20. BLACKROCK PA TAX FREE INCOME PORTFOLIO FUND | A | Dividend | K | T | | | | | |
| 21. BETHLEHEM PA AREA SCH DIST | A | Interest | K | T | | | | | |
| 22. SOUTH FORK MUN AU PA HSP | A | Interest | J | T | | | | | |
| 23. CITIZENS BANK | A | Interest | K | T | | | | | |
| 24. CITIZENS BANK | A | Interest | K | T | | | | | |
| 25. CITIZENS BANK | A | Interest | J | T | | | | | |
| 26. CITIZENS BANK | A | Interest | J | T | | | | | |
| 27. CITIZENS BANK | A | Interest | K | T | | | | | |
| 28. FIRST ENERGY | A | Dividend | K | T | Buy (add'l) | 3/4/13 | J | | |
| 29. E BONDS | A | Interest | J | T | | | | | |
| 30. I BONDS | A | Interest | J | T | | | | | |
| 31. TRUST 2 CITIZENS BANK | A | Interest | J | T | | | | | |
| 32. CITIBANK SOUTH DAKOTA | A | Interest | J | T | | | | | |
| 33. CITIBANK SOUTH DAKOTA | A | Interest | J | T | | | | | |
| 34. LOOMIS SAYLES INVESTMENT GRADE BOND FUND CL A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FITZGERALD, JUDITH K. | 6/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. LOOMIS SAYLES BOND FUND INSTL CLASS | A | Dividend | J | T | | | | | |
| 36. 401k JOHN HANCOCK STABLE VALUE FUND | A | Dividend | J | T | | | | | |
| 37. WESTERN ASSET EMRGNG | A | Dividend | K | T | | | | | |
| 38. WESTERN ASSET EMRGNG | A | Dividend | J | T | | | | | |
| 39. (T2)WESTERN ASSET EMRGNG | A | Dividend | J | T | | | | | |
| 40. AMERICAN EURO PACIFIC | A | Dividend | | | Sold | 3/6/2013 | J | | |
| 41. IVY ASSET STRATEGY FUND CLASS A | A | Dividend | K | T | | | | | |
| 42. AMERICAN FUNDAMENTAL INVESTORS CL | A | Dividend | J | T | | | | | |
| 43. HARBOR INTERNATIONAL INVESTORS CL | A | Dividend | | | Sold | 3/6/2013 | J | | |
| 44. MEF MYSTIQUE LLC | A | Rent | M | U | | | | | |
| 45. MEF MYSTIQUE LLC | A | Rent | M | U | | | | | |
| 46. MEF MYSTIQUE LLC | A | Rent | K | U | | | | | |
| 47. MERRILL LYNCH BANK DEPOSIT | A | Interest | K | T | | | | | |
| 48. MERRILL LYNCH BANK DEPOSIT | A | Interest | K | T | | | | | |
| 49. MERRILL LYNCH BANK DEPOSIT | A | Interest | J | T | | | | | |
| 50. MERRILL LYNCH BANK DEPOSIT | A | Interest | J | T | | | | | |
| 51. THORNBURGH INTERMEDIATE MUNI FUND | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FITZGERALD, JUDITH K. | 6/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. PIMCO ALL ASST | A | Dividend | L | T | Buy (add'l) | 01/18/13 | J | | |
| 53. PIMCO ALL ASSET AUTHORITY FUND CL C | A | Dividend | J | T | Buy (add'l) | 1/18/13 | J | | |
| 54. PIMCO ALL ASSET AUTHORITY FUND CL C | A | Dividend | K | T | | | | | |
| 55. (T2)PIMCO ALL ASSET AUTHORITY FUND CL C | A | Dividend | J | T | | | | | |
| 56. PIMCO ALL ASSET AUTHORITY FUND CL C | A | Dividend | J | T | | | | | |
| 57. PIMCO ALL ASSET AUTHORITY FUND CL C | A | Dividend | J | T | | | | | |
| 58. PIMCO ALL ASSET AUTHORITY FUND CL C | A | Dividend | J | T | | | | | |
| 59. COCA COLA | A | Dividend | J | T | Buy (add'l) | 3/15/13 | J | | |
| 60. GENL DYNAMICS CORP | A | Dividend | J | T | | | | | |
| 61. KIMBERLY CLARK | A | Dividend | K | T | | | | | |
| 62. MCDONALDS CORP | A | Dividend | K | T | | | | | |
| 63. COCA COLA | A | Dividend | J | T | | | | | |
| 64. GENERAL MILLS | A | Dividend | J | T | | | | | |
| 65. GENL DYNAMICS CORP | A | Dividend | J | T | | | | | |
| 66. KIMBERLY CLARK | A | Dividend | J | T | | | | | |
| 67. MCDONALDS CORP | A | Dividend | J | T | | | | | |
| 68. PEPSICO | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FITZGERALD, JUDITH K. | 6/11/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. FIRST TRUST CONSUMER | A | Dividend | | | Sold | 1/18/13 | J | A | |
| 70. OAKMARK FUND | A | Dividend | K | T | | | | | |
| 71. VANGUARD DIVIDEND APPRECIATION | A | Dividend | J | T | | | | | |
| 72. COCA COLA | A | Dividend | J | T | | | | | |
| 73. GENL DYNAMICS | A | Dividend | J | T | | | | | |
| 74. PEPSICO | A | Dividend | J | T | | | | | |
| 75. FIRST TR CONSUMER | A | Dividend | | | Sold | 1/18/13 | J | A | |
| 76. SHELTON CORE VALUE | B | Dividend | L | T | | | | | |
| 77. VANGUARD DIVIDEND APPRECIATION ETF | B | Dividend | L | T | Buy | 1/18/13 | J | | |
| 78. FIRST EAGLE GLOBAL CLASS I | B | Dividend | K | T | | | J | | |
| 79. SPDR GOLD TRUST | A | Dividend | K | T | | | | | |
| 80. SPDR GOLD TRUST | A | Dividend | K | T | | | | | |
| 81. OAKMARK FUND | A | Dividend | L | T | | | | | |
| 82. VANGUARD DIVIDEND APPRECIATION ETF | A | Dividend | J | T | Buy (add'l) | 1/18/13 | J | | |
| 83. FIRST EAGLE GLOBAL CLASS I | A | Dividend | | | Sold | 3/6/13 | J | A | |
| 84. OAKMARK FUND | A | Dividend | J | T | | | | | |
| 85. FIRST EAGLE GLOBAL CLASS I | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FITZGERALD, JUDITH K. | 6/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. OAKMARK FUND | A | Dividend | J | T | | | | | |
| 87. SPDR GOLD TRUST | A | Dividend | J | T | | | | | |
| 88. SPDR GOLD TRUST | A | Dividend | J | T | | | | | |
| 89. OAKMARK FUND | A | Dividend | J | T | | | | | |
| 90. FIRST EAGLE GLOBAL CLS C | A | Dividend | J | T | | | | | |
| 91. FIRST EAGLE GLOBAL CLS C | A | Dividend | J | T | | | | | |
| 92. IVY ASSEET STRATEGY FUND CL A | A | Dividend | J | T | | | | | |
| 93. VANGUARD MID CAP INDEX | A | Dividend | J | T | | | | | |
| 94. ROYCE PREMIER FD | A | Dividend | J | T | | | | | |
| 95. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FITZGERALD, JUDITH K. | 6/11/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ JUDITH K. FITZGERALD**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544